**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JERRY MILLS,                                                                                                          PLAINTIFF
ADC #112594

v.                                        NO. 5:15CV00031 JLH/BD

PARKERSON, Correctional Officer II,
Arkansas Department of Correction; and
RANDY WATKINS, Warden, Varner Unit,
Arkansas Department of Correction                                                           DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Jerry Mills' claims are DISMISSED, without prejudice. The Court certifies that an *in forma pauperis* appeal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE