**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JERRY MILLS,                                                                                         PLAINTIFF
ADC #112594

v.                                    NO. 5:15CV00031 JLH/BD

PARKERSON, Correctional Officer II,
Arkansas Department of Correction; and
RANDY WATKINS, Warden, Varner Unit,
Arkansas Department of Correction                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE